UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BONNIE S. DUMAS,

                          Plaintiff,              7:13-CV-1099
                                                      (GTS/TWD)
v.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

APPEARANCES:                                          OF COUNSEL:

CONBOY, McKAY, BACHMAN & KENDALL, LLP     LAWRENCE D. HASSELER, ESQ.
  Counsel for Plaintiff
307 State Street
Carthage, New York 13619

SOCIAL SECURITY ADMINISTRATION             SERGEI ADEN, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II     Special Assistant U.S. Attorney
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

       The above-captioned matter comes to the Court following a Report-Recommendation by United States Magistrate Judge Thérèse Wiley Dancks, filed on March 19, 2015, recommending that (1) Plaintiff's motion for judgment on the pleadings be granted in part, (2) the Commissioner's decision denying disability benefits be reversed, and (3) the case be remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. No. 14.)  The parties have advised the Court that they do not intend to file objections to the Report-Recommendation.  After carefully reviewing all of the papers herein, including Magistrate Judge Dancks' thorough Report-Recommendation, the Court can

find no clear error in the Report-Recommendation. As a result, the Report-Recommendation is accepted and adopted in its entirety.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 12) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** Defendant's motion for judgment on the pleadings (Dkt. No. 11) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 10) is **GRANTED in part**, as recommended in the Report-Recommendation; and it is further

**ORDERED** that the Commissioner's decision denying disability benefits is **REVERSED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: March 26, 2015
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge